CHESTER H. NORTON v. WILLIAM WEBSTER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RUDOLPH LUDWIG v. WARREN F. ROLLINS and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL GOODMAN v. GUSSIE RESNICOFF and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NETTIE GOODMAN v. GUSSIE RESNICOFF and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EMMA L. YOUNG, as Trustee, etc., v. JOHN V. D. YOUNG.— Motions granted, without costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PAUL A. NEWMAN v. SAMUEL W. McALPINE.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOLOMON KALVIN v. MARY W. STURGES.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MOODY ENGINEERING CO., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE CITY OF NEW YORK v. CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY.— Motion to have added to the record objections duly filed with the referees to intermediate accounting granted.  Settle order on notice.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RICHARD J. JAECKEL, as President, etc., v. MORRIS KAUFMAN, Individually and as President, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

---

## SECOND DEPARTMENT, OCTOBER, 1920.

In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSIONER for the Appointment of Three Commissioners, etc.  Modification of Fourteenth Street, Eastern Line (Route No. 68).— Application granted and order signed.  Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of CHARLES S. DEVOY, Respondent, for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.  JAMES A. McQUADE, Intervenor, Appellant.— This case must be heard in some other department of this court.  Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.  Settle order on notice before the presiding justice.